```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

MARCO A. FREDA,
    Plaintiff,

    v.                                              CIVIL ACTION NO.
                                                        10-10978-MBB

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,
    Defendant.

## FINAL JUDGMENT

**June 14, 2011**

**BOWLER, U.S.M.J.**

    The issues having been duly tried and this court having rendered a decision,

    It is **ORDERED** and **ADJUDGED** that the final decision of defendant Michael J. Astrue, Commissioner of the Social Security Administration, be **AFFIRMED** and that this action be **DISMISSED**.

                                          /s/ Marianne B. Bowler
                                          **MARIANNE B. BOWLER**
                                          United States Magistrate Judge